# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-1683
_____

ERIN ROGERS,

    Appellant,

    v.

WASTE PRO OF FLORIDA, INC.,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Amy P. Brodersen, Judge.

June 5, 2024

PER CURIAM.

AFFIRMED. *See Wald v. Grainger*, 64 So. 3d 1201, 1205 (Fla. 2011) ("A jury is free to weigh the opinion testimony of expert witnesses, and either accept, reject or give that testimony such weight as it deserves considering the witnesses' qualification, the reasons given by the witness for the opinion expressed, and all other evidence in the case, including lay testimony."); *see also Reid v. Med. & Pro. Mgmt. Consultants, Inc.*, 744 So. 2d 1116 (Fla. 1st DCA 1999) (holding that the trial court did not abuse its discretion in denying a motion for new trial because in an ordinary negligence case, the jury is free to accept or reject the testimony of a medical expert).

OSTERHAUS, C.J., and ROWE and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Adrian R. Bridges and Marcus J. Michles II of Michles & Booth, P.A., Pensacola, for Appellant.

Charles M-P George of Law Offices of Charles M-P George, Coral Gables, for Appellee.